**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2138

ROY L. WILLIAMS,

Plaintiff - Appellant,

versus

ALTERNATIVE BEHAVIORAL SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (CA-03-903)

Submitted:  January 26, 2005       Decided:  February 22, 2005

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roy L. Williams, Appellant Pro Se.  Warren David Harless, CHRISTIAN & BARTON, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy L. Williams appeals the district court order awarding summary judgment in favor of Alternative Behavioral Services on Williams's claim of employment discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1) (2000).  We have reviewed the record and the district court's thorough opinion and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See Williams v. Alternative Behavioral Servs.</u>, No. CA-03-903 (E.D. Va. Sept. 15, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>